446 A.2d 706

Commonwealth v. Williams, Appellant.

Submitted May 22, 1981. John P. Liekar, for appellant; Janet Moschetta, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

446 A.2d 706

Commonwealth v. Wilson, Appellant.

Submitted September 10, 1981. Gordon J. Scopinich, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Order of the court below affirmed.

McEWEN, J., concurred in the result.